THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JILL SCHULTZ and
FRANCES FRANCIS,

  Plaintiffs,

v.

LACKAWANNA COUNTY, et al.,

  Defendants.

: CIVIL ACTION NO. 3:20-CV-543
: (JUDGE MARIANI)

FILED
SCRANTON
FEB 28 2022
PER _____ DEPUTY CLERK

## ORDER

AND NOW, THIS 28th DAY OF FEBRUARY 2022, upon consideration of Plaintiffs' counsel's correspondence reporting that the parties have reached a settlement in the above-captioned matter (Doc. 55), **IT IS HEREBY ORDERED THAT** this action is **DISMISSED** without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if settlement is not consummated.

Failure of a party to file a motion for reinstatement, or a motion for an extension of time to consummate the settlement, within the above 60-day time period will result in the automatic conversion of this dismissal from one without prejudice to one with prejudice.

Robert D. Mariani
United States District Judge